# Third District Court of Appeal

## State of Florida

Opinion filed April 14, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-154
Lower Tribunal No. 19-38-A-M

_____


**Julio Melendez,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Monroe County, Ruth L. Becker, Judge.

Julio Melendez, in proper person.

Ashley Moody, Attorney General, for appellee.


Before FERNANDEZ, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.